371 A.2d 513
Commonwealth ex rel. Kegel v. Kegel, Appellant.

Argued September 15, 1976. Robert J. Shenkin, with him MacElree, Harvey, Gallagher & Kean, for appellant; W. Robert Landis, for appellee.

Order affirmed.